UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Naheem Escort                    Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    ( )( )
21 MAG 5031

Defendant __Naheem Escort__ hereby voluntarily consents to participate in the following proceeding via ✗ videoconferencing or ✗ teleconferencing:

✗ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Naheem Escort
Print Defendant's Name

_____
Defendant's Counsel's Signature

Neil Kelly
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

May 19, 2021
Date

_____
U.S. District Judge/U.S. Magistrate Judge