```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :         21cr387 (DLC)
                                         :
             -v-                         :         ORDER
                                         :
NAHEEM ESCORT,                           :
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On June 11, 2021, the trial in this case was set to begin on **October 25, 2021.** The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow criminal jury trials to proceed as safely as possible during the COVID-19 pandemic. The Clerk's Office has notified district judges of the dates on which jury selection could commence during the months of October through December 2021 in the reconfigured spaces. Accordingly, the parties are hereby

NOTIFIED that the trial in this action has been given a trial ready date of **October 25, 2021.** You may contact this Chambers at any time to get updates on the status of this case proceeding to trial on that date.

IT IS FURTHER ORDERED that any Voir Dire requests, Requests to Charge, motions in limine, and trial memoranda are due by **October 8, 2021.** Any opposition shall be filed by **October 15, 2021.**

IT IS FURTHER ORDERED that a final pretrial conference will occur on **October 20, 2021** at **10:00 AM** in Courtroom 18B, 500 Pearl Street.

The Court's Individual Rules of Trial Practice in Criminal Cases are enclosed.

Dated:   New York, New York
         September 8, 2021

                                    _____
                                         DENISE COTE
                                    United States District Judge