```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    21cr387 (DLC)
UNITED STATES OF AMERICA                :
                                        :         ORDER
            -v-                         :
                                        :
NAHEEM ESCORT,                          :
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    For the reasons set forth on the record on October 27, 2021, it is hereby

    ORDERED that the defendant Naheem Escort (D.O.B. 8/28/1974) is remanded to the custody of the United States Marshal's Service.

Dated:    New York, New York
           October 27, 2021

                                                  _____
                                                       DENISE COTE
                                         United States District Judge